IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

TANA MCCOY                                    PLAINTIFF

v.                  Civil No. 6:24-cv-06125

HOT SPRINGS POLICE
DEPARTMENT, *et al*                             DEFENDANT

**ORDER**

The Court, having heretofore entered an order allowing the Plaintiff to proceed in forma pauperis, hereby directs the United States Marshal to serve Defendants Chief Chris Chapmond and Detective Matthew Cheatham at 601 Malvern Avenue, Hot Springs, AR, 71901, Director Bill Bryant at One State Police Plaza Drive, Little Rock, AR 72209, and Corporal Ron Casey at 200 Karen Street, Hot Springs, AR, 71901.

Defendants may be served by certified mail with a return receipt requested.

Defendants are to be served without prepayment of fees and costs or security therefor. Defendants are ordered to answer within twenty-one (21) days from the date of service.

If a service recipient will not accept service for a named Defendant, the service recipient is **DIRECTED** to so advise the Court and provide the Court with each Defendant's last known address and phone number. This information may be filed with the Clerk of the Court in response to this Order and may be filed under seal.

The Clerk is directed to prepare and issue summons and a USM 285 for each Defendant being served.

**IT IS SO ORDERED** this 3rd day of October 2024.

/s/ *Barry A. Bryant*
HON. BARRY A. BRYANT
U.S. MAGISTRATE JUDGE