IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

TANA MCCOY                                                                                           PLAINTIFF

v.                                          Case No. 6:24-cv-6125

HOT SPRINGS POLICE DEPARTMENT, *et al*.                                       DEFENDANTS

**ORDER**

Before the Court is a Report and Recommendation ("R&R") issued by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. ECF No. 6. Upon preservice screening of Plaintiff's Complaint (ECF No. 1) pursuant to 28 U.S.C. § 1915(e)(2)(B), Judge Bryant recommends the claims against Defendants Chris Chapmond, Matthew Cheatham, Bill Bryant and Ron Casey be permitted to proceed, and that all other claims against other Defendants be dismissed. No party has objected to the R&R, and the time to do so has passed. *See* 28 U.S.C. § 636(b)(1).

Upon review, finding no clear error on the face of the record and that Judge Braynt's reasoning is sound, the Court adopts the R&R (ECF No. 6) *in toto*. Accordingly, Plaintiff's claims against Defendants Chris Chapmond, Matthew Cheatham, Bill Bryant and Ron Casey may proceed. All other claims against other Defendants are hereby **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED**, this 20th day of November, 2024.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge