IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

TANA MCCOY                                                               PLAINTIFF

v.                                   Case No. 6:24-cv-6125

CHIEF CHRIS CHAPMOND; DETECTIVE
MATTHEW CHEATHAM; DIRECTOR
BILL BRYANT; CORPORAL RON CASEY                   DEFENDANTS

**ORDER**

       Before the Court is a Report and Recommendation ("R&R") issued by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. ECF No. 18. Judge Bryant recommends that Defendants Bill Bryant and Ron Casey's Motion to Dismiss (ECF No. 9) be granted and that Plaintiff's claims against Defendants Bryant and Casey be dismissed without prejudice.

       No party has objected to the R&R, and the time to do so has passed. *See* 28 U.S.C. § 636(b)(1). Upon review, finding no clear error on the face of the record and that Judge Bryant's reasoning is sound, the Court adopts the R&R (ECF No. 18) in toto. Defendants Byrant and Casey's Motion to Dismiss (ECF No. 9) hereby is **GRANTED**. Plaintiff's claims against Defendants Bryant and Casey hereby are dismissed without prejudice.

       **IT IS SO ORDERED**, this 3rd day of January, 2025.

                                                            /s/ Susan O. Hickey
                                                            Susan O. Hickey
                                                            Chief United States District Judge