IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

TANA MCCOY                                                                                                                          PLAINTIFF

v.                                        Case No. 6:24-cv-6125

CHRIS CHAPMOND; and MATTHEW
CHEATHEM                                                                                                                           DEFENDANT

## ORDER

Before the Court is a Report and Recommendation ("R&R") issued by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. ECF No. 35. Judge Bryant recommends that Separate Defendants Chris Chapmond and Matthew Cheathem's Motion for Judgment on the Pleadings (ECF No. 33) be granted and that all claims against those two Defendants be dismissed without prejudice. Plaintiff has not objected to the R&R, and the time to do so has passed. *See* 28 U.S.C. § 636(b)(1).

Upon review, finding no clear error on the face of the record and that Judge Bryant's reasoning is sound, the Court adopts the R&R (ECF No. 35) in toto. Accordingly, Separate Defendants Chris Chapmond and Matthew Cheathem's Motion for Judgment on the Pleadings (ECF No. 33) is hereby **GRANTED**. Plaintiff's claims against these Defendants are hereby **DISMISSED WITHOUT PREJUDICE**. As these were the only remaining Defendants, this entire case is now dismissed.[1]

**IT IS SO ORDERED**, this 5th day of May, 2025.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge

---

[1] All other Defendants have been dismissed. ECF Nos. 16 & 22.